
JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPER L. PARTNER,<br><br>        Petitioner,<br><br>    vs.<br><br>E. VALENZUELA, Warden,<br><br>        Respondent. | Case No. CV13-7063-R (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: _January 27, 2014_

                                    MANUEL L. REAL
                                    UNITED STATES DISTRICT JUDGE